IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID MALONE, #175140, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:10-cv-0531-TMH |
| ) | [WO] |
| WILLIAM W. WYNNE, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #49) filed on May 14, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #48) entered on May 3, 2013 is adopted;

3. The defendants' motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

DONE this the 6th day of June, 2013.

　　　　　　　　　　　　　　　　　　/s/   Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE